**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE MATTER OF: THE ADOPTION OF: Z.E.G. | : | No. 227 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: T.J.K. | : | from the Order of the Superior Court |
| | | |
| IN THE MATTER OF: THE ADOPTION OF: K.N.G. | : | No. 228 WAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: T.J.K. | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.